■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN MCENNIS, Appellant. [872 NYS2d 305]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered November 28, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.